[No. 28647-5-II. Division Two. January 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE WALKER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01657-3, Rosanne Buckner, J., entered April 5, 2002. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28952-1-II. Division Two. January 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT S. BRAIDIC, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-01589-7, Gary Tabor, J., entered June 25, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 29028-6-II. Division Two. January 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR SHEPHERD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04880-7, Bryan E. Chushcoff, J., entered June 28, 2002. *Reversed with instructions* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 29040-5-II. Division Two. January 13, 2004.]

ROGER C. WEEDEN, *Appellant*, v. POINT NO POINT VIEW ESTATES HOMEOWNERS ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-01656-6, Terry K. McCluskey, J., entered July 3, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.